# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WALTER D. LEWIS

VERSUS

THE TRAVELERS INDEMNITY
COMPANY, SUCCESSOR IR
ASSIGNEE OF THE TRAVELER'S
INSURANCE COMPANY; SHINTECH
LOUISIANA, LLC; IMTT-
GEISMAR; MARATHON PETROLEUM
CO., LP; TURNER INDUSTRIES
GROUP, LLC, F/K/A HARMONY,
LLC; JACOBS FIELD SERVICES
NORTH AMERICA, INC., F/K/A
JE MERIT CONSTRUCTORS, INC.;
EXXON MOBIL CORPORATION;
RADIATOR SPECIALTY COMPANY;
W.M. BARR & COMPANY, INC.,
F/K/A THE KLEAN STRIP
COMPANY, INC.; LIBERTY
MUTUAL INSURANCE COMPANY;
WILSON IMPERIAL COMPANY;
HIGHLAND HARDWARE & GARDEN
CENTER, INC., AND BROTHER'S
ACE HARDWARE, INC.

NO.  2020 CW 1162

CONSOLIDATED WITH

NO. 2020 CW 1166

CONSOLIDATED WITH

NO. 2020 CW 1167

**FEBRUARY 02, 2021**

---

In Re:    Shintech Louisiana, L.L.C., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 675708.

---

BEFORE:   **THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The trial court's October 20, 2020 judgment
overruling the peremptory exceptions of prescription filed by
defendants, Shintech Louisiana, L.L.C., Jacobs Field Services
North America, Inc., and IMTT-Geismar, is reversed. The October
20, 2014 cancer diagnosis of plaintiff, Walter D. Lewis,
constituted constructive knowledge sufficient to put him on
guard and to call him to inquire into the cause of his
condition. See **Guerin v. Travelers Indemnity. Company.,** 2019-
0861 (La. App. 1st Cir. 2/21/20), 296 So.3d 625. Thus, the
plaintiff's suit filed more than one year later, on November 2,
2018, is prescribed. Therefore, the defendants' peremptory
exceptions of prescription are granted, and the plaintiff's
claims against defendants, Shintech Louisiana, L.L.C., Jacobs
Field Services North America, Inc., and IMTT-Geismar, are
dismissed.

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT